469 A.2d 306

Commonwealth v. Harper, Appellant.

Petition for Allowance of Appeal
Denied May 24, 1984.

Submitted July 28, 1983. Howard S. Kaplan, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Lower court opinion adopted.

Judgment of sentence affirmed.

469 A.2d 306

Commonwealth v. Harvey, Appellant.

Submitted September 30, 1983. Anthony Joseph Vardaro, Assistant Public Defender, for appellant; Donald E. Lewis, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.